UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 30088
    KYLA WILSON

                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-4055


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/02/2005 and was confirmed 11/09/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 10/26/2006.
--------------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 1984.46 | .00 | 1984.46 |
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF AMERICA NA | MORTGAGE ARRE | 100.45 | .00 | 100.45 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 458.66 | .00 | 458.66 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON & CO | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | 850.21 | .00 | 850.21 |
| RETAILERS NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SPEIGEL | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO HOME MORTGAG | SECURED NOT I | .00 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,101.20 | | 3,101.20 |
| TOM VAUGHN | TRUSTEE | | | 346.84 |
| DEBTOR REFUND | REFUND | | | 20,264.62 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS                DISBURSEMENTS

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 30088 KYLA WILSON

---

| | | |
|---|---|---|
| TRUSTEE | 27,106.44 | |
| | | |
| PRIORITY | | 458.66 |
| SECURED | | 2,084.91 |
| UNSECURED | | 850.21 |
| ADMINISTRATIVE | | 3,101.20 |
| TRUSTEE COMPENSATION | | 346.84 |
| DEBTOR REFUND | | 20,264.62 |
| | --------------- | --------------- |
| TOTALS | 27,106.44 | 27,106.44 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 01/29/07          /s/ Tom Vaughn
                         _____
                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE